No. 479. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BRUUN. November 22, 1939. Petition for

writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. John H. McEvers* for respondent. ■